UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

**DECISION AND ORDER**

v.                                                                                    21-CR-36-A

KELSEY A. MULVEY,

Defendant.

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On March 10, 2021, defendant Kelsey Mulvey appeared before Magistrate Judge Roemer and entered a plea of guilty to a one-count Information which charges her with tampering with a consumer product in violation of 18 U.S.C. § 1365(a)(1) and (4).

 Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No. 57) confirming his findings that defendant Mulvey's plea of guilty was knowing, voluntary, and supported by a factual basis.  It is hereby

**ORDERED** that, upon review of the transcript of the March 10, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Mulvey's plea of guilty was knowing, voluntary, and has a factual basis.  Accordingly, defendant Mulvey's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 57.  A status conference regarding sentencing is scheduled for July 16, 2021 at 9:00 am.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_____

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: April 8, 2021